

**Joshua M. Russ**
Partner

josh.russ@rm-firm.com
p  (214) 382-9807
f  (214) 501-0731

February 17, 2022

<u>Via Federal Express 776063994886</u>
U.S. District Clerk's Office
Albert V. Bryan U.S. Courthouse
401 Courthouse Square
Alexandria, Virginia 22314

      Re:    **FOR FILING UNDER SEAL:** *United States ex rel. [SEALED] v. [SEALED]*

Dear Sir or Madam:

    I hope this correspondence finds you safe and well. On behalf of our client, we are filing a new, sealed False Claims Act *qui tam* action in the Eastern District of Virginia. Attached for filing **under seal** are the following documents:

(1) Relator's Original Complaint with a completed JS 44 Civil Cover Page;
(2) Relator's Motion to Seal;
(3) A Proposed Order; and
(4) A check in the amount of $402 for the new case filing fee.

    We are required to serve copies of these documents on various governmental offices. Once your office accepts these filings, would you please return mail to us file-stamped copies of the same in the enclosed self-addressed envelope and/or by email (<u>josh.russ@rm-firm.com</u>) so that we can serve the Department of Justice? If you have any questions or need any additional information, please do not hesitate to email me or call me on my cell phone at (979) 229-4460.

                              Sincerely,

                              Joshua M. Russ

JMR
Enclosures

cc w/o enclosures:    Nathan Rozsa – <u>nrozsa@surovellfirm.com</u>

750 N. Saint Paul St., Suite 600 | Dallas, TX 75201