```
Court Name: United States District Court
Division: 1
Receipt Number: 14603093916
Cashier ID: sparker
Transaction Date: 02/22/2022
Payer Name: Reese Marketos LLP

CIVIL FILING FEE- NON-PRISONER
 For: Reese Marketos LLP
 Amount:         $402.00

CHECK
 Check/Money Order Num: 21987
 Amt Tendered: $402.00

Total Due:       $402.00
Total Tendered:  $402.00
Change Amt:      $0.00

US V. UNDER SEAL
22CV184
```