IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA EX REL. R.S. KNIGHT, Plaintiff, v. THE BOEING COMPANY, Defendant. | Case No.: 1:22-cv-184 (LMB/TCB) Filed UNDER SEAL Pursuant To 31 U.S.C. § 3730(b) |

## THE GOVERNMENT'S NOTICE OF ELECTION TO DECLINE INTERVENTION

Pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4)(B), the United States notifies the Court of its decision not to intervene in this action.

Although the United States declines to intervene, we respectfully refer the Court to 31 U.S.C. § 3730(b)(1), which allows the relator to maintain the action in the name of the United States; providing, however, that the "action may be dismissed only if the court and the Attorney General give written consent to the dismissal and their reasons for consenting." *Id.* Therefore, the United States requests that, should either the relator or the defendant propose that this action be dismissed, settled, or otherwise discontinued, this Court solicit the written consent of the United States before ruling or granting its approval.

Furthermore, pursuant to 31 U.S.C. § 3730(c)(3), the United States requests that all pleadings filed in this action be served upon the United States; the United States also requests that orders issued by the Court be sent to the Government's counsel. The United States reserves its right to order any deposition transcripts, to intervene in this action, for good cause, at a later

date, and to seek the dismissal of the relator's action or claim. The United States also requests that it be served with all notices of appeal.

Finally, the Government requests that the relator's Complaint, this Notice, and the attached proposed Order be unsealed. The United States requests that all other papers on file in this action remain under seal because in discussing the content and extent of the United States' investigation, such papers are provided by law to the Court alone for the sole purpose of evaluating whether the seal and time for making an election to intervene should be extended.

A proposed order accompanies this notice.

Dated: October 18, 2022

                                      BRIAN M. BOYNTON
                                      DEPUTY ASSISTANT ATTORNEY GENERAL

BY:    */s/ Benjamin Young*
        JAMIE A. YAVELBERG
        MICHAL TINGLE
        BENJAMIN YOUNG
        Attorneys, Civil Division
        U.S. Department of Justice
        P.O. Box 261, Ben Franklin Station
        Washington, DC 20044
        Tel: (202) 616-0291
        E-mail: benjamin.s.young@usdoj.gov

        JESSICA D. ABER
        UNITED STATES ATTORNEY

        KRISTA ANDERSON
        Assistant United States Attorney
        United States Attorney's Office
        Counsel for the United States
        Justin W. Williams United States Attorney's Bldg.

2100 Jamieson Avenue
Alexandria, Virginia 22314
Tel: (703) 299-3995
Fax: (703) 299-3893
E-mail: krista.anderson@usdoj.gov