UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| UNITED STATES *ex rel.* R.S. KNIGHT, <br><br> Plaintiffs, <br><br> v. <br><br> THE BOEING COMPANY, <br><br> Defendant. | No. 1:22-cv-184 (LMB/TCB) <br><br> DEMAND FOR JURY TRIAL |

## MOTION TO EXTEND TIME TO SERVE AMENDED COMPLAINT

R.S. Knight ("Relator"), by and through his undersigned counsel, files this Motion to Extend Time to Serve Amended Complaint and shows as follows:

1. On October 18, 2022, the Court unsealed this matter and ordered that Relator serve the Amended Complaint on The Boeing Company [ECF No. 17]. Counsel for Relator has been in communication with counsel for The Boeing Company about the timing of service.

2. Under Federal Rule of Civil Procedure 4(m) and applicable case law, Relator has until on or about January 16, 2023, to serve the Amended Complaint. *See United States ex rel. Weiner v. Siemens*, No. 1:12-CV-01466-ALC, 2021 WL 3544718, at *3 (S.D.N.Y. Aug. 10, 2021). This deadline can be extended upon a showing of good cause. *See* Fed. R. Civ. P. 4(m).

3. Given the Government's recent declination, Relator is still determining his next steps in this action. Accordingly, Relator requests a service deadline of January 31, 2023. The Boeing Company takes no position on this request.

4. Therefore, Relator requests that the Court extend Relator's deadline to serve the Amended Complaint to on or before January 31, 2023.

Respectfully submitted,

**REESE MARKETOS LLP**

By: */s/ Joshua M. Russ*
    Joshua M. Russ (*pro hac* pending)
    Texas Bar No. 24074990
    josh.russ@rm-firm.com
    Andrew O. Wirmani (*pro hac* pending)
    Texas Bar No. 24052287
    andrew.wirmani@rm-firm.com
    Allison N. Cook (*pro hac* pending)
    Texas Bar No. 24091695
    allison.cook@rm-firm.com
    750 N. Saint Paul St., Ste. 600
    Dallas, Texas 75201-3201
    Telephone: (214) 382-9810
    Facsimile: (214) 501-0731

and

**SUROVELL ISAACS LEVY PLC**

By: */s/ Nathan D. Rozsa, Esq.*
    Nathan D. Rozsa, Esq., VSB # 77268
    Scott A. Surovell, Esq., VSB # 40278
    4010 University Drive, Second Floor
    Fairfax, Virginia 22030
    Telephone: (703) 251-5400
    Facsimile: (703) 591-2149
    nrozsa@surovellfirm.com
    ssurovell@surovellfirm.com
    Local Counsel for Plaintiff

**ATTORNEYS FOR RELATOR**

**CERTIFICATE OF CONFERENCE**

I hereby certify that I conferred with counsel for The Boeing Company, and he indicated that The Boeing Company takes no position on this request.

                                                      */s/ Joshua M. Russ*
                                                      Joshua M. Russ

**CERTIFICATE OF SERVICE**

I certify that on December 5, 2022, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will send a notice of electronic filing (NEF) to all counsel of record.

                                                        */s/ Nathan D. Rozsa*
                                                      Nathan D. Rozsa