UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| UNITED STATES *ex rel.* R.S. KNIGHT,<br><br>    Plaintiffs,<br><br>v.<br><br>THE BOEING COMPANY,<br><br>    Defendant. | No. 1:22-cv-184 (LMB/TCB)<br><br>DEMAND FOR JURY TRIAL |

## ORDER

The Court **GRANTS** Relator's Motion to Extend Time to Serve Amended Complaint. Relator shall serve the Amended Complaint on The Boeing Company on or before January 31, 2023.

**SO ORDERED.**

SIGNED December 6, 2022.

/s/ _____
Leonie M. Brinkema
United States District Judge